UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ALEXANDER BRAN,<br>        Plaintiff,<br><br>    v.<br><br>YUBA COUNTY JAIL, et al.,<br>        Defendants. | Case No. 18-07223 BLF (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, who is currently being detained at the Yuba County Jail, filed a *pro se* civil rights complaint against jail medical staff for deficient medical attention. Because defendants reside in and the acts complained of occurred in Yuba County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: __April 9, 2019__

                                            BETH LABSON FREEMAN
                                            United States District Judge

Order of Transfer
PRO-SE\EJD\CR.18\07223Bran_transfer (ED)